UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES I. HUNT, JR.

                                            CIVIL ACTION

VERSUS

                                            NO.   20-348-JWD-EWD

ANDREW SAUL

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 15, 2021 (Doc. 23), to which no objection was filed,

**IT IS ORDERED** that, under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security is REVERSED, and this action is REMANDED to the Commissioner for a determination of Plaintiff's eligibility for disability benefits based on a record that accurately takes into account Plaintiff's residual functional capacity as ultimately determined by the Administrative Law Judge.

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 2, 2021</u>.

                                                  **JUDGE JOHN W. deGRAVELLES**
                                                  **UNITED STATES DISTRICT COURT**
                                                  **MIDDLE DISTRICT OF LOUISIANA**